\*\*\*EFILED\*\*\*
Case Number 2018L 000520
Transaction ID: 61942304
Date:  Apr 20 2018 01:54PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| JENNIFER MONKEN, </br></br>       Plaintiff, </br></br> vs. </br></br> COVENTRY HEALTH & LIFE INSURANCE COMPANY, </br></br>       Defendant. | Cause No: 18-L- |

**COMPLAINT**
**COUNT I**
**BREACH OF CONTRACT**

Comes now the Plaintiff, JENNIFER MONKEN, by and through her attorney, JANE UNSELL of Unsell, Schattnik & Phillips, P.C., and for Count I of her Complaint against the Defendant, COVENTRY HEALTH & LIFE INSURANCE COMPANY, states:

1.  Plaintiff, JENNIFER MONKEN, was entered into a contract of insurance in Madison County, Illinois with COVENTRY HEALTH & LIFE INSURANCE COMPANY, for health insurance coverage which provides health insurance benefits for a sickness that occurred on or about March 1, 2016. Plaintiff Jennifer Monken's health insurance card is attached hereto as Exhibit "A".

2.  Said contract requires the Defendant to pay healthcare benefits when Plaintiff incurs medical bills.

3.  Plaintiff was diagnosed with cancer in March 2016 and required medical treatment.

4.  At the time of Plaintiff's diagnosis, Plaintiff and

Page 1 of   3


EXHIBIT A

Plaintiff's general practitioner made a request upon Coventry Health & Life Insurance Company that Plaintiff's treatment at the Mayo Clinic in Rochester, Minnesota, be approved at an in-network rate and covered under her policy of health insurance benefits.

5. Defendant Coventry Health & Life Insurance Company approved said treatment.

6. Plaintiff incurred medical bills as a result of the approval with Mayo Clinic.

7. Plaintiff has demanded on numerous occasions that her medical bills be paid under the provisions of her health insurance policy.

8. Defendant has refused to pay all of said benefits and is in breach of contract.

9. Plaintiff has suffered damages as a result of said breach.

WHEREFORE, Plaintiff JENNIFER MONKEN demands judgment in her favor in an amount in excess of $50,000.00, but less than $75,000.00, and against the Defendant, COVENTRY HEALTH & LIFE INSURANCE COMPANY, and for costs of suit.

## COUNT II

### VEXATIOUS REFUSAL TO PAY

Comes now Plaintiff, JENNIFER MONKEN, by and through her attorney, JANE UNSELL of Unsell, Schattnik & Phillips, P.C., and for Count II of her Complaint against the Defendant, COVENTRY HEALTH & LIFE INSURANCE COMPANY, states:

1-96. Plaintiff repeats and realleges paragraphs 1 through 9 of Count I as paragraphs 1 through 9 of Count II.

10. The Defendant's action in refusing to pay Plaintiff's medical bills at an in-network rate is vexatious and unreasonable and therefore, the Plaintiff is entitled to attorneys fees, costs of this action, and statutory damages for vexatious refusal to pay pursuant to 215 ILCS 5/155.

WHEREFORE, Plaintiff, JENNIFER MONKEN, demands judgment in her favor in excess of $50,000.00, but less than $75,000.00, and for costs of suit.

By: _____
Jane Unsell, #03124410
Unsell, Schattnik & Phillips, P.C.
Attorney for Plaintiff
3 South 6th Street
Wood River, IL 62095
(618) 258-1800
janeunsell@gmail.com

***EFILED***
Case Number 2018L 000520
Transaction ID: 61942304
Date: Apr 20 2018 01:54PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**CoventryOne.**

**CoventryOne PPO**
Network
Fully Insured

MEMBER NAME: JENNIFER L MONKEN
MEMBER NUMBER: 908359786-01
GROUP NUMBER: 6666687013
PLAN: MARKET PPO
DATE OF BIRTH: 10/13/1971
MEMBER RESPONSIBILITY:       PRIMARY:$20
SPECIALTY:$0       ER:$0              DRUG:$0/$0/$0
HOSPITAL:$0       URGENT CARE:$100   CHIRO:$0

Please refer to your Certificate of Coverage for coverage details.

EXPRESS SCRIPTS
Rx Bin: 610014
Rx Group: CVTYCOM

Exhibit A
Page 1 of 2
No: 18-L-

IN-NETWORK COVERED SERVICES, EXCEPT EMERGENCIES, MUST BE PERFORMED BY PARTICIPATING PROVIDERS.
CUSTOMER SERVICE PHONE: 1-855-449-2889, 8:00 a.m.- 8:00 p.m., CST, M-F
EMERGENCY: Go to the nearest emergency room or call 911.
URGENT CARE: Call your Plan doctor or visit the nearest urgent care facility.
MENTAL HEALTH OR CHEMICAL DEPENDENCY: Call 1-877-227-3520.
PRE-CERTIFICATION: If pre-certification is required for covered services, please call Medical Management at 1-800-546-4603.
MEDICAL CLAIMS: Mail Medical claims for covered services to:
Coventry Health Care, CoventryOne, P.O. Box 7374, London, KY 40742-7374.
Emdeon/Electronic Payor ID 25133
PEDIATRIC VISION: 1-855-727-2614
24/7 NURSELINE: 1-855-410-7169
Underwritten by Coventry Health & Life Insurance Company.
Administered by Coventry Health Care of Missouri, Inc.

Please visit us at www.coventryone.com

COVENTRY HEALTH CARE
NATIONAL NETWORK

Exhibit A
Page 2 of 2
No: 18-L-

***EFILED***
Case Number 2018L 000520
Transaction ID: 61942304
Date: Apr 20 2018 01:54PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

JENNIFER MONKEN, )
)
    Plaintiff, )
)
vs. ) Cause No: 18-L-
)
COVENTRY HEALTH & LIFE )
INSURANCE COMPANY, )
)
)
    Defendant. )

## AFFIDAVIT

I, Jane Unsell, duly sworn state that it is my belief that the damages in this case are in excess of Fifty-Thousand Dollars ($50,000.00), but less than Seventy-Five Thousand Dollars ($75,000.00).

Further, Affiant sayeth not.

By: _____
Jane Unsell, #03124410
Unsell, Schattnik & Phillips, P.C.
Attorney for Plaintiff
3 South 6th Street
Wood River, IL 62095
(618) 258-1800
janeunsell@gmail.com

Subscribed to and sworn to before me this 20 day of April, 2018.

_____
Notary Public

OFFICIAL SEAL
SANDRA M ZELLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/05/20